UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HERBERT MORRIS,           :
                              :
          Petitioner,     :
                              :  CIVIL NO. 3:11-cv-314
          v.               :
                              :  (Judge Nealon)
ERIC J. HOLDER, JR., ET AL., :
                              :
          Respondents.  :

## ORDER

NOW, THIS 30th DAY OF JULY, 2012, for the reasons set forth in the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT:**

    1.       Petitioner's motion for reconsideration (Doc. 10)  is **DENIED.**

 

**United States District Judge**

**FILED
SCRANTON**

JUL 3 0 2012

PER _____
    **DEPUTY CLERK**