UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HERBERT MORRIS, :
:
        Petitioner, :
: CIVIL NO. 3:11-cv-314
    v. :
: (Judge Nealon)
ERIC J. HOLDER, JR., ET AL., :
:
        Respondents. :

## ORDER

NOW, THIS 30th DAY OF JULY, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for reconsideration (Doc. 10) is **DENIED.**

                                                                                 */s/ William J. Nealon*
                                                                                 **United States District Judge**

**FILED**
**SCRANTON**

JUL 3 0 2012

PER _____
          **DEPUTY CLERK**